UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: FREDDIE WILLIAMS, JR.　　　　　　　　　　　　　　　　　　CASE NO.: 15-
　　　　　MARLENE WOMBLE WILLIAMS

## CHAPTER 13 PLAN

**I.** Debtors propose to pay by payroll deduction (½ from debtor and ½ from joint debtor) into the Chapter 13 Plan monthly payments of $880 for sixty (60) months.

**II.** Claims to be paid directly by debtor.

| | **Estimated Balance Due** | **Monthly Payment** |
|---|---|---|
| **Bank of America**<br>collateral - House and lot located at<br>2825 Dawkins Street, Alexandria, LA | $127,311.00 | $1,063.00 |

**III.** Claims to be paid by Trustee.

　　**A. ATTORNEY AND ADMINISTRATIVE FEES.** Thomas C. McBride, LLC shall receive attorney and administrative fees of $1,703 ($1,097 paid pre-petition for a total of $2,800). The Trustee shall receive fees of approximately 10% of plan payments.

　　**B. SECURED CLAIMS.** Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

　　**1. Personal Property:**

　　　　Car Max Auto Financing: collateral - ½ interest in 2013 Captiva Sport LTZ; estimated secured claim of $20,000 to be paid with interest at 6%. As adequate protection, Car Max Auto Finance shall be paid $25 per month until the debtor's attorney fees are paid in full.

　　　　Tower Loan: collateral - 2002 Dodge Ram 1500; estimated secured claim of $2,340 to be paid with interest at 6%. As adequate protection, Tower Loan shall be paid $25 per month until the debtor's attorney fees are paid in full.

　　**C. PRIORITY OR SPECIAL CLASS CLAIMS.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below: **None**

　　**D. GENERAL UNSECURED CLAIMS.** Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedules D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 100% of the claims.

Respectfully submitted this 30th day of June, 2015.

　　　　　　　　　　　　　　　　McBride Law Firm

　　　　　　　　　　　　　　　　 /s/Thomas C. McBride
　　　　　　　　　　　　　　　　By: Thomas C. McBride (#09210)
　　　　　　　　　　　　　　　　　　Kathryn A. Wiley (#33672)
　　　　　　　　　　　　　　　　　　Thomas C. McBride, LLC
　　　　　　　　　　　　　　　　　　McBride Law Firm
　　　　　　　　　　　　　　　　　　301 Jackson Street, Suite 101
　　　　　　　　　　　　　　　　　　Alexandria, LA 71301
　　　　　　　　　　　　　　　　　　Telephone (318) 445-8800
　　　　　　　　　　　　　　　　　　Facsimile (318) 445-8066